UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARIE FRUSTER : | | |
| DEBTOR (S) | : | BANKRUPTCY NO. 10-11858ELF |
| | | |
| WILLIAM C. MILLER | : | |
| STANDING TRUSTEE | | |
| | : | |
| PLAINTIFF | | |
| | : | |
| VS. | | |
| | : | |
| MARIE FRUSTER | | |
| | : | |
| DEFENDANT(S) | : | ADVERSARY NO. |

## COMPLAINT FOR TURNOVER OF PROPERTY

William C. Miller, Chapter 13 standing trustee avers the following in support of this complaint for Turnover of Property:

1. He is the duly qualified and so acting standing trustee in the above-captioned matter.

2. Defendant, Marie Fruster, is an individual with a residence at 1815 Margaret Street, Philadelphia, PA.

3. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1471.

4. A copy of the receipt ledger shows a misposting to her case which was transferred to the correct case and is attached hereto as Exhibit "A".

5. The standing trustee has demanded that the defendant(s) turnover to the trustee

$150.00, as described herein by letters dated September 16, 2016 and May 17, 2017 attached collectively as Exhibit "B".

      **WHEREFORE,** the standing trustee prays that the defendant(s) be ordered to surrender and deliver possession of the property of the estate described herein, together with the costs of suit incurred herein, and for such other and further relief as is just.

                                        _____/s/_____
                                        **WILLIAM C. MILLER**
                                        **CHAPTER 13 STANDING TRUSTEE**